128 A.3d 763

Michael EGAN, Jr. and Jill Egan, h/w and Mark Buzby

v.

USI MID-ATLANTIC, INC. and USI Holdings Corporation and Bristol Township and Zurich American Ins. Company.

Michael Egan, Jr. and Jill Egan, h/w and Mark Buzby

v.

USI Mid-Atlantic, Inc. and Robert Brown and Freda Batipps and Linda Magovern and Douglas Schroer and Lisa McKernan and USI Holdings Corporation and Suzanne Newsome

v.

Bristol Township.

Appeal of USI Mid-Atlantic, Inc., USI Holdings Corporation, Robert Brown, Freda Batipps, and Linda Magovern.

Michael Egan, Jr. and Jill Egan, h/w and Mark Buzby

v.

USI Mid-Atlantic, Inc. and USI Holdings Corporation and Bristol Township and Zurich American Ins. Company.

Michael Egan, Jr. and Jill Egan, h/w and Mark Buzby

v.

USI Mid-Atlantic, Inc. and Robert Brown and Freda Batipps and Linda Magovern and Douglas Schroer and Lisa McKernan and USI Holdings Corporation and Suzanne Newsome

v.

Bristol Township.

Appeal of USI Mid-Atlantic, Inc., USI Holdings Corporation, Robert Brown and Freda Batipps and Linda Magovern.

Michael Egan, Jr. and Jill Egan, h/w and Mark Buzby

v.

USI Mid-Atlantic, Inc. and USI Holdings Corporation and Bristol Township and Zurich American Ins. Company.

Michael Egan, Jr. and Jill Egan, h/w and Mark Buzby

v.

USI Mid–Atlantic, Inc. and Robert Brown and Freda Batipps and Linda Magovern and Douglas Schroer and Lisa McKernan and USI Holdings Corporation and Suzanne Newsome

v.

Bristol Township.

Appeal of USI Mid–Atlantic, Inc., USI Holdings Corporation, Robert Brown and Freda Batipps and Linda Magovern.

Supreme Court of Pennsylvania.

Argued Sept. 9, 2015.

Decided Nov. 16, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of November 2015, the Uncontested Application for Discontinuance is **GRANTED.**